DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440

Attorney for Plaintiff,
WILLIAM KEITH HOPSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA,**

**SACRAMENTO DIVISION**

| | |
|---|---|
| WILLIAM KEITH HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>DALJIT DHAMI, dba FREMONT CENTER MARKET, TRANH NGUYEN, ANHHANG NGUYEN, ANH HANG NGUYEN and DOES 1-10, inclusive,<br><br>DEFENDANTS. | **CASE NO.: 2:15-cv-00032-JAM-CKD**<br><br>**SECOND MOTION FOR CONTINUANCE OF DATE TO FILE DISMISSAL DOCUMENTS AND ORDER GRANTING THEREOF** |

**PLEASE TAKE NOTICE**, that Plaintiff, WILLIAM HOSPON, through his attorney, Daniel Malakauskas, Esq. requests that the date to file the dismissal document be continued for fourteen (14) days.

I, DANIEL MALAKAUSKAS, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

1. I am an attorney representing the plaintiff, William Hopson, in this lawsuit. I am competent to testify and am personally familiar with the facts of this case. I became personally familiar with the facts of this case either through my own personal knowledge, information my

client and, or, private investigator, and, or, process server, and, or, records researcher gave me, or be reviewing the Court's case file. If called to testify, I would testify as follows:

2. Prior to May 5th, 2016, the Plaintiff and Defendants agreed to the terms of the settlement. On May 5th, 2016, Plaintiff, through his attorney sent a draft settlement agreement. Defendants, through their attorney subsequently agreed to the terms of the draft settlement agreement.

3. Defendants, through their attorney advised Plaintiff, through his attorney, that Defendants would promptly return a signed settlement agreement and perform the terms of the settlement agreement.

4. On May 12th, 2016, Plaintiff, through his attorney sent via electronic and postal mail, a signed copy of the settlement agreement.

5. On May 12th, 2016, Plaintiff, with permission of Defendants filed a Notice of Settlement.

6. Despite repeated emails and phone calls, Plaintiff had not received a signed copy of the settlement agreement in return nor had Defendants performed under the terms. Therefore, Plaintiff subsequently asked this court for additional time to file the dismissal documents.

7. On June 23rd, 2016, the Honorable John A. Mendez granted Plaintiff additional time and ordered that dismissal documents be filed by July 8th, 2016.

8 .On, or around, July 8th, 2016, attorney for Defendant, Michael Welch, informed Plaintiff's attorney that he had attempted to get into contact with Defendant but Defendant had ignored his phone calls. Defense attorney, Michael Welch, subsequently drove down to the business of Defendant but was unable to get a hold of Defendant.

9. Plaintiff therefore asks for two additional weeks to allow Attorney Michael Welch a chance to discover the whereabouts of Defendant.

**Request for Continuance to File Dismissal Documents, and Order Granting Thereof**

2

10. For these reasons, I ask for the Court's patience and request an additional fourteen day continuance.

Dated: July 8th, 2016                            Respectfully submitted,

/s/Daniel Malakauskas
By: Daniel Malakauskas,
Attorney for Plaintiff

## **ORDER**

**IT IS HEREBY ORDERED**, that the dismissal document due date is continued from July 8th, 2016, until **July 22, 2016**.

Dated: July 11, 2016                            /s/ John A. Mendez
The Honorable, JOHN A. MENDEZ